# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1030. GONZALEZ v. THE STATE.**

This appeal was docketed in this Court on February 6, 2014. Appellant's brief was due on February 26, 2014. The appellant, who is representing himself, has not filed his appellate brief nor has he made a timely motion for an extension of time to file his appellate brief. Consequently, pursuant to Court of Appeals Rules 15 (a), 16 (b), and 23 (a), this appeal is hereby DISMISSED for want of prosecution and for the failure to timely file an appellate brief.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2014
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*